IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

)
PAYLESS SHOESOURCE WORLDWIDE, )
INC., )
)
      Plaintiff, )
)
v. ) Civil Action No. 1:09cv844
)
UNFORGETABLEMOMENTS.COM, )
)
      Defendant. )
)

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 20, 2009. Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby

ORDERED that, pursuant to 15 U.S.C. § 1125(d)(2)(D), Verisign transfer ownership of Infringing Domain Name <unforgetablemoments.com> from its current registrant to Plaintiff.

                                          /s/
                              Claude M. Hilton
                        United States District Judge

Alexandria, Virginia
December 22, 2009